IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00169-BNB

REGINALD D. HODGES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER HEALTH MEDICAL CENTER,
DENVER SHERIFF DEPARTMENT,
COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO STATE BOARD OF PAROLE,
FEDERAL BUREAU OF INVESTIGATION,
DENVER POLICE DEPARTMENT, and
PORTER'S MEMORIAL HOSPITAL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -2 2009

GREGORY C. LANGHAM
                CLERK

---

## ORDER OF DISMISSAL

---

On January 21, 2009, Plaintiff Reginald D. Hodges submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. At the time Mr. Hodges initiated the instant action, he was detained at the Denver County Jail in Denver, Colorado. On January 28, 2009, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Hodges to provide addresses for all named Defendants and to submit a certified copy of his trust fund account statement. Mr.

Hodges was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On February 18, 2009, Mr. Hodges filed a request for an extension of time to cure the noted deficiencies, that was granted on February 19, 2009. Mr. Hodges was given an extension of thirty days from the February 19, 2009, Minute Order to comply with the January 28, 2009, Order to Cure. Also on February 25, 2009, Mr. Hodges sent a Notice of Change of Address to the Court that states he was moved to the Arapahoe County Jail on February 18, 2009. The February 19, 2009, Minute Order was resent to Mr. Hodges at the new address, on March 2, 2009.

Mr. Hodges now has failed to communicate with the Court, and as a result he has failed to cure all deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this _1_ day of _April_, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00169-BNB

Reginald D. Hodges
Prisoner No. 20090002451
Arapahoe County Det. Faciltity
P.O. Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/2/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk